JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DIONICIO CASTRO, | Case No. 8:18-cv-00867-DMG-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. ROBERTSON, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  March 22, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE